**Order entered June 28, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00782-CV

### IN RE CHARLES JONES, Relator

### On Appeal from the 59th Judicial District Court
### Grayson County, Texas
### Trial Court Cause No. CV-12-2015

## ORDER

Based on the Court's opinion of today's date, we **DENY** relator's petition for writ of

mandamus. We **ORDER** that relator bear the costs of this original proceeding.

/s/     MOLLY FRANCIS
         JUSTICE